IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHELLE CAIN and RADHA SAMPAT, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>REDBOX AUTOMATED RETAIL, LLC, a Delaware Corporation,<br><br>　　　　　　　　Defendant. | Case No. 2:12-cv-15014-GER-LJM<br><br>Honorable Gerald E. Rosen<br><br>Mag. Judge Laurie J. Michelson |

## NOTICE OF CHANGE OF FIRM NAME

TO:　　The Clerk of the Court and all Parties of Record.

**PLEASE TAKE NOTICE THAT** effective March 8, 2013, Edelson McGuire, LLC has changed its name to Edelson LLC. All future reference to the firm in this matter should be to Edelson LLC. The firm's and its lawyers' addresses, phone numbers, facsimile numbers and email addresses have not been affected by the name change and will remain the same.

| | |
|---|---|
| Dated:  March 13, 2013 | Respectfully submitted,<br><br>**EDELSON LLC**,<br><br>By: /s/ Ari J. Scharg<br>One of Plaintiffs' attorneys |

Rafey S. Balabanian
Ari J. Scharg
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
rbalabanian@edelson.com
ascharg@edelson.com

1

Christine E. Ficks (P64625)
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Tel: (313) 393-7561
Fax: (313) 393-7579
cficks@bodmanlaw.com

*Counsel for Plaintiffs Michelle Cain and Radha Sampat and the Putative Class*

3

## CERTIFICATE OF SERVICE

    I, Ari J. Scharg, an attorney, certify that on March 13, 2013, I served the above and foregoing *Notice of Change of Firm Name*, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this March 13, 2013.

    /s/  Ari J. Scharg