**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| MICHELLE CAIN and RADHA SAMPAT, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REDBOX AUTOMATED RETAIL, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:12-cv-15014-GER-LJM<br><br>**STIPULATION ENLARGING PAGES FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**<br><br>Hon. Gerald E. Rosen<br><br>Mag. Judge Laurie J. Michelson |

The Stipulation is entered into by and among plaintiffs Michelle Cain and Radha Sampat ("Plaintiffs") and Defendant Redbox Automated Retail, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel.

WHEREAS, Plaintiffs filed their Class Action Complaint against Defendant on November 13, 2012 (Dkt. 1);

WHEREAS, on February 13, 2013, Defendant filed its Motion to Dismiss the Complaint (Dkt. 10);

WHEREAS, the Plaintiffs' deadline to respond to the Motion to Dismiss is March 13, 2013;

WHEREAS, Plaintiffs require an additional five (5) pages to respond to Defendant's Motion to Dismiss;

WHEREAS, the counsel for Plaintiffs and counsel for Defendant have conferred and agreed to Plaintiffs' requested enlargement.

WHEREAS, good cause exists for Plaintiffs' request for additional pages, as their response requires the briefing of complex issues of first impression concerning the interpretation

of the Video Rental Privacy Act ("VRPA"), M.C.L. §§ 445.1711–15, and the interplay between the VRPA and its federal counterpart, the Video Privacy Protection Act, 18 U.S.C. § 2710;

WHEREAS the Parties have also agreed that Defendant should be allowed an additional five (5) pages for its Reply in Support of Motion to Dismiss;

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. Plaintiffs may file an enlarged brief in response to Defendant's Motion to Dismiss of no more than twenty-five (25) pages;

2. Defendant may file an enlarged brief in Reply in Support of its Motion to Dismiss of no more than ten (10) pages.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: March 13, 2013

**Michelle Cain and Radha Sampat,**

By: /s/ Ari J. Scharg
One of Plaintiff's Attorneys

Christine E. Ficks
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Tel: (313) 393-7561
cficks@bodmanlaw.com

Jay Edelson
Rafey S. Balabanian
Ari J. Scharg
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
jedelson@edelson.com
rbalabanian@edelson.com
ascharg@edelson.com

*Counsel for Plaintiffs*

Dated: March 13, 2013

**Redbox Automated Retail, LLC**

By: /s/ John Grossbart
One of Defendant's Attorneys

Peter B. Kupelian
Carol G. Schley
CLARK HILL PLC
500 Woodward Ave., Suite 3500
Detroit, Michigan 48226
Tel: (313) 965-8300
pkupelian@clarkhill.com
cschley@clarkhill.com

Donna Vobornik (Admission Pending)
John Grossbart
Anthony T. Eliseuson (Admission Pending)
SNR DENTON US LLP
233 South Wacker Dr., Suite 7800
Chicago, Illinois 60606
Tel: (312) 876-8000
Fax: (312) 876-7934

**CERTIFICATE OF SERVICE**

I, Ari J. Scharg, an attorney, certify that on March 13, 2013, I served the above and foregoing ***Stipulation Enlarging Pages***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this March 13, 2013.

/s/ Ari J. Scharg