# INDEX OF EXHIBITS

A. *Privacy: Sales, Rentals of Videos, etc.*, House Legislative Analysis Section, H.B. No. 5331, Jan. 20, 1989.

B. Timothy Baughman, David G. Chardavoyne, Kenneth M. Mogill, Hon. Cynthia D. Stephens, Hon. William B. Murphy, John VandenHombergh, *Michigan Non-Standard Jury Instr. Civil § 32:10*.

C. *Cornelius v. Michigan Atty. Grievance Comm.*, No. 12-1449, 2013 WL 58772 (6th Cir. Jan. 7, 2013).

D. *Deacon v. Pandora Media, Inc.*, No. 11-cv-04674 SBA, 2012 WL 4497796 (N.D. Cal. Sept. 28, 2012).

E. *Dilorenzo v. BAC Home Loans Servicing, LP*, No. 12-cv-12116, 2012 WL 5328666 (E.D. Mich. Oct. 26, 2012).

F. *In re Hulu Privacy Litig.*, No. C 11-03764 LB, 2012 WL 3282960 (N.D. Cal. Aug. 10, 2012).

G. *Kinder v. United Bancorp. Inc.*, No. 11-cv-10440, 2012 WL 4490874 (E.D. Mich. Sept. 28, 2012).

H. *Lipton v. Chattem, Inc.*, No. 11-cv-2952, 2012 WL 1192083 (N.D. Ill. Apr. 20, 2012).

I. *Murphy v. Murphy*, No. 04 C 3496, 2004 WL 3092241 (N.D. Ill. Nov. 24, 2004).

J. *Rabbah v. Fed. Home Loan Mortg. Corp.*, No. 12-14599, 2013 WL 153729 (E.D. Mich. Jan. 15, 2013).

K. *Sensations, Inc. v. City of Grand Rapids*, No. 1:06-cv-300, 2006 WL 5779504 (W.D. Mich. Oct. 23, 2006) *aff'd* 526 F.3d 291 (6th Cir. 2008).

L. *Steele v. RadioShack Corp.*, No. 11-cv-14021, 2012 WL 368329 (E.D. Mich. Feb. 3, 2012).

M. *Sterk v. Best Buy Stores, L.P.*, No. 11 C 1894, 2012 WL 5197901 (N.D. Ill. Oct. 17, 2012).

N. *Vinton v. CG's Prep Kitchen & Café*, No. 1:09-cv-707, 2008 WL 2157046 (E.D. Mich. Mar. 2, 2010).

O. *Zibbell v. Marquette County Resource Mgt.*, No. 2:12-cv-302, 2013 WL 625062 (W.D. Mich. Feb. 20, 2013).

P. Video and Library Privacy Protection Act, S. 2361, 100th Cong. (1988).

Q. S. Rep. No. 100-599 (1988).

R.  Expert Witness Report of Dr. Serge Egelman, Ph.D., *In re Netflix Privacy Litig.*, No. 5:11-cv-00379-EJD, Dkt. No. 191-2, Ex. 2 (N.D. Cal. Oct. 31, 2012).