IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHELLE CAIN and RADHA SAMPAT, individually, and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>REDBOX AUTOMATED RETAIL, LLC, a Delaware limited liability company,<br><br>                Defendant. | Case No. 2:12-cv-15014-GER-LJM<br><br>Hon. Gerald E. Rosen<br><br>Mag. Judge Laurie J. Michelson |

**ORDER ENLARGING PAGES FOR PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS COMPLAINT**

**PURSUANT TO THE PARTIES' STIPULATION DATED MARCH 13, 2013, IT IS HEREBY ORDERED THAT:**

1. Plaintiffs may file an enlarged brief in response to Defendant's Motion to Dismiss of no more than twenty-five (25) pages;

2. Defendant may file an enlarged brief in Reply in Support of its Motion to Dismiss of no more than ten (10) pages.


Dated: March 15, 2013                     s/Gerald E. Rosen
                                                    HONORABLE GERALD E. ROSEN
                                                    UNITED STATES DISTRICT JUDGE