IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

MICHELLE CAIN and RADHA SAMPAT,
Individually, and on behalf of all others similarly
Situated,

                Plaintiffs,

v.

REDBOX AUTOMATED RETAIL, LLC,

                Defendant.

Case No. 2:12-cv-15014-GER-LJM
Honorable Gerald E. Rosen
Mag. Judge Laurie J. Michelson

**STIPULATION ENLARGING TIME FOR DEFENDANT TO
REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

The Stipulation is entered into by and among plaintiffs Michelle Cain and Radha Sampat ("Plaintiffs") and Defendant Redbox Automated Retail, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel.

WHEREAS, Plaintiffs filed their Class Action Complaint against Defendant on November 13, 2012 (Dkt. 1);

WHEREAS, on February 13, 2013, Defendant filed its Motion to Dismiss the Complaint (Dkt. 10) and Plaintiffs filed their response to Defendant's Motion to Dismiss on March 13, 2013 (Dkt. 16);

WHEREAS, Defendant's deadline to file its reply in support of its Motion to Dismiss is scheduled for March 27, 2013;

WHEREAS, the Parties have conferred and agreed that Defendant shall have an additional seven (7) days to file its reply in support of its Motion to Dismiss; and

WHEREAS, the Court has entered an Order indicating that Defendant's Motion will be determined without oral argument, and thus, the stipulated enlargement of time will not effect any previously set dates (Dkt. 11).

NOW, THEREFORE, the Parties hereby stipulate and agree that Defendant shall have up to and including April 3, 2013 to file its reply in support of its Motion to Dismiss.

**IT IS SO STIPULATED.**

                                                    Respectfully submitted,

Dated: March 20, 2013              **Michelle Cain and Radha Sampat**

                                                    By: /s/ Ari J. Scharg
                                                    One of Plaintiffs' Attorneys

Chrstine E. Ficks
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Tel: (313) 393-7561
cficks@bodmanlaw.com

Jay Edelson
Rafey S. Balabanian
Ari J. Scharg
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
jedelson@edelson.com
rbalabanian@edelson.com
ascharg@edelson.com

*Counsel for Plaintiffs*

Dated: March 20, 2013    **Redbox Automated Retail, LLC**

By: /s/ John Grossbart
One of Defendant's Attorneys

Peter B. Kupelian
Carol G. Schley
CLARK HILL PLC
500 Woodward Ave., Suite 3500
Detroit, Michigan 48226
Tel: (313) 965-8300
pkupelian@clarkhill.com
cschley@clarkhill.com

Donna Vobornik (Admission Pending)
John Grossbart
Anthony T. Eliseuson (Admission Pending)
SNR DENTON US LLP
233 South Wacker Dr., Suite 7800
Chicago, Illinois 60606
Tel: (312) 876-8000
donna.vobornik@snrdenton.com
john.grossbart@snrdenton.com
anthony.eliseuson@snrdenton.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I, John Grossbart, an attorney, hereby certify that on March 20, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ John Grossbart