# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MICHELLE CAIN and RADHA SAMPAT, individually, and on behalf of all others similarly situated,

                Plaintiffs,

v.

REDBOX AUTOMATED RETAIL, LLC, a Delaware limited liability company,

                Defendant.

_____/

Case No. 2:12-cv-15014-GER-LJM
Honorable Gerald E. Rosen
Mag. Judge Laurie J. Michelson

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE THAT effective March 28, 2013, SNR Denton US LLP ("SNR Denton") has combined with Salans LLP and Fraser Milner Casgrain LLP. As a result, SNR Denton has changed its name to Dentons US LLP as of that effective date. The firm and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change. Please take notice of this change and update your records accordingly.

Dated:  April 3, 2013                                   Respectfully submitted,


                                                        /s/John Grossbart
                                                        *One of the attorneys for Defendant Redbox Automated Retail, LLC*


Donna J. Vobornik (Admission Pending)
John Grossbart
Anthony T. Eliseuson (Admission Pending)
DENTONS US LLP
233 South Wacker Drive - Suite 7800
Chicago, IL  60606
(312) 876-8000
(312) 876-7934 (fax)
donna.vobornik@dentons.com
john.grossbart@dentons.com
anthony.eliseuson@dentons.com

*Attorneys for Defendant Redbox Automated Retail, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

/s/ John Grossbart

13211578