IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE CAIN and RADHA SAMPAT,
Individually, and on behalf of all others
similarly situated,

        Plaintiffs,

v.

REDBOX AUTOMATED RETAIL, LLC,

        Defendant.

Case No. 2:12-cv-15014-GER-LJM
Honorable Gerald E. Rosen
Mag. Judge Laurie J. Michelson

**INDEX OF EXHIBITS**

| **Ex.** | **Description** |
| --- | --- |
| A | *Adams v. Berger Chevrolet, Inc.*, Nos. 00-cv-225, 226, 228, 2001 WL 533811 (W.D. Mich. May 7, 2001). |
| B | *Thomas v. Galt Enterprises, Inc.*, No. 01 CV 10384 BC, 2002 WL 1349928 (E.D. Mich. June 20, 2002). |
| C | *Covington v. Mitsubishi Motors N. Am., Inc.*, No. 04-cv-1315, 2007 WL 1428659 (C.D. Ill. Mar. 27, 2007). |
| D | *Currithers v. FedEx Ground Package Sys., Inc.*, No. 04-10055, 2012 WL 458466 (E.D. Mich. Feb. 13, 2012). |