2:12-cv-15014-GER-RSW   Doc # 21   Filed 06/07/13   Pg 1 of 2   Pg ID 420

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHELLE CAIN and RADHA SAMPAT, individually, and on behalf of all others similarly situated, | Case No. 2:12-cv-15014-GER-LJM |
| | [Hon. Gerald E. Rosen] |
| Plaintiffs, | |
| v. | |
| REDBOX AUTOMATED RETAIL, LLC, a Delaware limited liability company, | |
| Defendant. | |

## APPEARANCE

Brian C. Summerfield of Bodman PLC enters his appearance as counsel for Plaintiffs Michael Cain and Radha Sampat in the above matter.

BODMAN PLC

By:  /s/ Brian C. Summerfield____
Brian C. Summerfield (P57514)
6th Floor at Ford Field
1901 St. Antoine
Detroit, Michigan 48226
(313) 392-1057
bsummerfield@bodmanlaw.com
Attorneys for Plaintiff s

## Certificate of Service

I hereby certify that on June 7, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

>BODMAN PLC
>
>By: /s/ Brian C. Summerfield
>Brian C. Summerfield (P57514)
>6th Floor at Ford Field
>1901 St. Antoine
>Detroit, Michigan 48226
>(313) 392-1057
>bsummerfield@bodmanlaw.com
>Attorneys for Plaintiff s