IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHELLE CAIN and RADHA SAMPAT, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REDBOX AUTOMATED RETAIL, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 12-15014 |

### APPEARANCE OF J. DOMINICK LARRY ON BEHALF OF PLAINTIFFS

TO:   Clerk of the Court and Counsel of Record:

Attorney J. Dominick Larry of Edelson LLC hereby files his Appearance as attorney for Plaintiffs Michelle Cain and Radha Sampat in the above-captioned matter.

Dated:  December 16, 2013                                By: /s/ J. Dominick Larry
                                                                                     One of Plaintiffs' attorneys

Ari J. Scharg
J. Dominick Larry
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
ascharg@edelson.com
nlarry@edelson.com

Brian C. Summerfield (P57514)
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Tel: (313) 393-7561
Fax: (313) 393-7579
bsummerfield@bodmanllp.com

*Counsel for Plaintiffs and the Putative Class*

1

## **CERTIFICATE OF SERVICE**

   I, J. Dominick Larry, an attorney, certify that on December 16, 2013, I served the above and foregoing *Appearance of J. Dominick Larry*, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this December 16, 2013.

                   /s/  J. Dominick Larry

2