**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| MICHELLE CAIN and RADHA SAMPAT, individually, and on behalf of all others similarly situated, | Case No. 12-15014 |
| Plaintiffs, | |
| v. | |
| REDBOX AUTOMATED RETAIL, LLC, a Delaware limited liability company, | |
| Defendant. | |

**APPEARANCE OF MARK S. EISEN ON BEHALF OF PLAINTIFFS**

**TO:**   **Clerk of the Court and Counsel of Record:**

Attorney Mark S. Eisen of Edelson PC hereby files his Appearance as attorney for

Plaintiffs Michelle Cain and Radha Sampat in the above-captioned matter.

Dated:  March 21, 2014                      By: /s/  Mark S. Eisen _____
                                              One of Plaintiffs' attorneys

Ari J. Scharg
ascharg@edelson.com
J. Dominick Larry
nlarry@edelson.com
Mark S. Eisen
meisen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Brian C. Summerfield (P57514)
bsummerfield@bodmanlaw.com
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Tel: 313.393.7561
Fax: 313.393.7579

*Counsel for Plaintiffs and the Putative Class*

<u>**CERTIFICATE OF SERVICE**</u>

    I, Mark S. Eisen, an attorney, certify that on March 21, 2014, I served the above and foregoing ***Appearance of Mark S. Eisen*** by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this March 21, 2014.


/s/  Mark S. Eisen