**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| MICHELLE CAIN and RADHA SAMPAT, individually, and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.  2:12-cv-15014-GER-LJM |
| v. | ) ) ) | Hon. Gerald E. Rosen |
| REDBOX AUTOMATED RETAIL, LLC, a Delaware limited liability company, | ) ) ) | |
| Defendant. | ) ) | |

**CERTIFICATE OF SERVICE OF FINAL WITNESS LIST**

I hereby certify that on May 30, 2014, Defendant Redbox Automated Retail, LLC, served

its Final Witness List upon the following via email and regular U.S mail:

Ari J. Scharg
J. Dominick Larry
Mark Eisen
EDELSON P.C.
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
ascharg@edelson.com
nlarry@edelson.com
meisen@edelson.com

Brian C. Summerfield (P57514)
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Tel: (313) 393-7561
Fax: (313) 393-7579
bsummerfield@bodmanllp.com

DENTONS US LLP


By:  /s/ Anthony T. Eliseuson
     One of the Attorneys for Defendant
     Redbox Automated Retail, LLC


| | |
|---|---|
| Peter B. Kupelian (P31812) | Donna J. Vobornik |
| Carol G. Schley (P51301) | John Grossbart |
| CLARK HILL PLC | Anthony T. Eliseuson |
| 500 Woodward Avenue, Suite 3500 | DENTONS US LLP |
| Detroit, MI  48226 | 233 South Wacker Drive, Suite 7800 |
| (313) 965-8386 | Chicago, IL  60606 |
| (313) 309-6886 (fax) | (312) 876-8000 |
| pkupelian@clarkhill.com | (312) 876-7934 (fax) |
| cschley@clarkhill.com | donna.vobornik@dentons.com |
| | john.grossbart@dentons.com |
| | anthony.eliseuson@dentons.com |

*Attorneys for Defendant Redbox Automated Retail, LLC*

82303950\V-1