# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MICHELLE CAIN and RADHA SAMPAT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REDBOX AUTOMATED RETAIL, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:12-cv-15014-GER-LJM<br><br>Hon. Gerald E. Rosen<br><br>Mag. Judge Laurie J. Michelson |

## PLAINTIFFS' FINAL WITNESS LIST

Plaintiffs Michelle Cain and Radha Sampat, individually and on behalf of a Class of all others similarly situated ("Plaintiffs"), hereby submit this final witness list pursuant to the Court's Case Management Order (Dkt. 31).

1. Plaintiff Michelle Cain
   c/o Ari J. Scharg
   EDELSON PC
   350 North LaSalle Street, Suite 1300
   Chicago, Illinois 60654
   Tel: 312.239.3362

2. Plaintiff Radha Sampat
   c/o Ari J. Scharg
   EDELSON PC
   350 North LaSalle Street, Suite 1300

        Chicago, Illinois 60654
        Tel: 312.239.3362

3.    Mike Wokosin
        c/o Anthony T. Eliseuson
        Dentons US LLP
        233 South Wacker Drive, Suite 7800
        Chicago, Illinois 60606
        Tel: 312.876.3139

4.    Judy Ransford
        c/o Anthony T. Eliseuson
        Dentons US LLP
        233 South Wacker Drive, Suite 7800
        Chicago, Illinois 60606
        Tel: 312.876.3139

5.    Eric Hoersten
        c/o Anthony T. Eliseuson
        Denton US LLP
        233 South Wacker Drive, Suite 7800
        Chicago, Illinois 60606
        Tel: 312.876.3139

6.    Nick Lullo
        c/o Anthony T. Eliseuson
        Dentons US LLP
        233 South Wacker Drive, Suite 7800
        Chicago, Illinois 60606
        Tel: 312.876.3139

7.    Jeffrey Scott Padgett
        c/o William Dalsen
        Proskauer Rose LLP
        One International Place
        Boston, MA 02110
        Tel: 617.526.9429

8.    Sarah Hatch
        c/o Ryan Blackhart

   salesforce.com, inc.
   The Landmark at One Market Street, Suite 300
   San Francisco, CA 94105
   Tel: 415.882.2667

9. Dr. Serge Egelman (expert)
   c/o Ari J. Scharg
   EDELSON PC
   350 North LaSalle Street, Suite 1300
   Chicago, Illinois 60654
   Tel: 312.239.3362

10. Any and all individuals identified in documents produced by Redbox Automated Retail, LLC.

11. Any and all witnesses listed on Defendant Redbox Automated Retail, LLC's witness list.

12. Any experts necessary to rebut or refute the testimony of additional experts identified by Redbox Automated Retail, LLC.

13. Any and all witnesses necessary to identify or authenticate any document, record, video recording or other tangible thing or evidence.

14. Any rebuttal witnesses.

15. Any surrebuttal witnesses.

Dated: May 30, 2014    Respectfully submitted,

           /s/ Mark S. Eisen
            One of Plaintiffs' Attorneys

           Ari J. Scharg
           ascharg@edelson.com
           J. Dominick Larry
           nlarry@edelson.com
           John C. Ochoa
           jochoa@edelson.com
           Mark S. Eisen
           meisen@edelson.com
           EDELSON PC
           350 North LaSalle Street, Suite 1300
           Chicago, Illinois 60654
           Tel: 312.589.6370
           Fax: 312.589.6378

           Brian C. Summerfield
           bsummerfield@bodmanlaw.com
           BODMAN PLC
           1901 St. Antoine Street
           6th Floor at Ford Field
           Detroit, Michigan 48226
           Tel: 313.259.7777
           Fax: 313.393.7579

           *Attorneys for Plaintiffs Michelle Cain,*
           *Radha Sampat, and the putative Class*

## CERTIFICATE OF SERVICE

I, Mark S. Eisen, an attorney, certify that on May 30, 2014 I served the above and foregoing *Plaintiffs' Final Witness List*, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this 30th day of May 2014.

/s/ Mark S. Eisen