IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE CAIN and RADHA SAMPAT,
Individually, and on behalf of all others similarly
Situated,

        Plaintiffs,

v.

REDBOX AUTOMATED RETAIL, LLC,

        Defendant.

Case No. 2:12-cv-15014-GER-LJM
Honorable Gerald E. Rosen
Mag. Judge Laurie J. Michelson

## STIPULATED ORDER EXTENDING DEADLINE FOR DISPOSITIVE MOTIONS AND NOTICE REGARDING SETTLEMENT CONFERENCE

The Parties hereby file this joint stipulation and notice regarding two issues relating to the current scheduling order in this case, Doc. 31 ("Scheduling Order"). First, the Parties have stipulated, as reflected by the signatures of their counsel below, to a short fourteen (14) day extension of the current June 16, 2014 dispositive motion deadline as set in the current Scheduling Order, extending that date to and including June 30, 2014. This extension is being sought due to the rescheduling of one of the named plaintiffs' depositions as a result of flight cancellations and other unforeseen scheduling issues experienced by Redbox's counsel. This is the first extension of the scheduling order in this case and this short extension will not unduly delay these proceedings.

Second, pursuant to the Scheduling Order, the Parties provide notice that the May 16, 2014 discovery cutoff date in this matter has passed and they have not "stipulate[d] to a referral for mediation, case evaluation or agree[d] to use their own facilitator," pursuant to Paragraph 3 of the Scheduling Order. Thus, under that Paragraph this matter can be referred to the Magistrate Judge for a Settlement Conference at the Court's discretion, and this Court may adjust the Scheduling Order further as it deems appropriate to accommodate any such Settlement Conference.[1]

The Court being otherwise fully advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED that the deadline by which the parties are to file their dispositive motions is hereby extended from June 16, 2014 to June 30, 2014.

Date: June 09, 2014         s/Gerald E. Rosen
                            HON. GERALD E. ROSEN
                            U.S. DISTRICT COURT JUDGE

---

[1] That being said, Plaintiffs do not believe a further delay of the dispositive motion deadline beyond the agreed date of June 30, 2014 is necessary to accommodate the settlement conference, even if such conference is set for a date after June 30, 2014.

STIPULATED:

/s/ J. Dominick Larry
Brian C. Summerfield
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Tel: (313) 393-7561
Fax: (313) 393-7579
bsummerfield@bodmanllp.com

Ari J. Scharg
John Ochoa
J. Dominick Larry
Mark Eisen
EDELSON PC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
ascharg@edelson.com
jochoa@edelson.com
nlarry@edelson.com
meisen@edelson.com

*Attorneys for Plaintiffs Michelle Cain and Radha Sampat*

/s/ John Grossbart
Peter B. Kupelian (P31812)
Carol G. Schley (P51301
CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, MI  48226
pkupelian@clarkhill.com
cschley@clarkhill.com

Donna J. Vobornik
John Grossbart
Anthony T. Eliseuson
DENTONS US LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606
(312) 876-8000
(312) 876-7934 (fax)
donna.vobornik@dentons.com
john.grossbart@dentons.com
anthony.eliseuson@dentons.com

*Attorneys for Defendant Redbox Automated Retail, LLC*