UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michelle Cain, et al.,

                Plaintiff(s),

v.                                   Case No. 2:12−cv−15014−GER−RSW
                                        Hon. Gerald E. Rosen

Redbox Automated Retail, LLC,

                Defendant(s),
_____

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

  **IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Whalen pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                           s/Gerald E. Rosen
                                           Gerald E. Rosen
                                           United States District Judge

### Certificate of Service

  I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                           s/J. Owens
                                           Case Manager

Dated:  June 9, 2014