# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHELLE CAIN and RADHA SAMPAT, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>REDBOX AUTOMATED RETAIL, LLC, a Delaware limited liability company,<br><br>　　　　　Defendant. | Case No. 2:12-cv-15014-GER-RSW<br><br>Hon. Gerald E. Rosen<br><br>Mag. Judge R. Steven Whalen |

### ORDER GRANTING UNOPPOSED MOTION FOR ORDER PERMITTING PLAINTIFFS TO FILE DOCUMENTS UNDER SEAL

This matter coming before the Court on Plaintiffs Michelle Cain and Radha Sampat's ("Plaintiffs") Motion for Order Permitting Plaintiffs to File Documents Under Seal in support of their Motion for Partial Summary Judgment, compelling reasons being shown, and the Court be fully advised,

**IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1.　Plaintiffs are authorized to file the following documents under seal in accordance with Local Rule 5.3(c):

　　a.　Exhibit A to Plaintiffs' Motion for Partial Summary Judgment, which was obtained from ExactTarget, Inc. through a third party subpoena and contains information Plaintiffs claim is

        protected from disclosure by the Video Rental Privacy Act ("VRPA"), and was also been designated Confidential by ExactTarget pursuant to the Protective Order.

b. Exhibits B and C to Plaintiffs' Motion for Partial Summary Judgment, which were obtained from Stream Global Services, Inc. through a third party subpoena and contains information marked Confidential by Stream pursuant to the Protective Order.

c. Exhibits 6, 7, 11-16, 18, 20, and 22 to the Declaration of Ari J. Scharg ("Scharg Declaration"), which contain sensitive and proprietary information marked Confidential by Redbox pursuant to the Protective Order.

d. Exhibits 4, 5, 8, 9, 19, and 21 to the Scharg Declaration, which contain information regarding Plaintiffs that they claim is protected from disclosure by the VRPA. These documents have also been marked Confidential by the Parties pursuant to the Protective Order.

e. An unredacted version of Exhibit 23 to the Scharg Declaration, which contains Plaintiffs' personal information.

f. An unredacted version of Plaintiffs' Motion for Partial

2

Summary Judgment, which references in detail the abovementioned documents.

2. Compelling reasons exist to allow Plaintiffs to file these documents under seal because they contain information they claim is protected from disclosure by the VRPA, personal information, and sensitive and proprietary information marked Confidential pursuant to the Protective Order. Pursuant to Local Rule 5.3(b)(2)(A)(iv), means other than sealing these documents are not satisfactory to preserve the Parties' interests in protecting the private and sensitive information contained therein.

**IT IS SO ORDERED**, this 25th day of September, 2014.

s/Gerald E. Rosen
HONORABLE GERALD E. ROSEN
UNITED STATES DISTRICT JUDGE