UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Michelle Cain, et al.,

                Plaintiff(s),

v.     Case No. 2:12−cv−15014−GER−RSW
        Hon. Gerald E. Rosen

Redbox Automated Retail, LLC,

                Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

    Sealed Motion – #53

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Gerald E. Rosen *without* oral argument.

Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                By: s/J. Owens
                Case Manager

Dated:   September 26, 2014