# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHELLE CAIN and RADHA SAMPAT, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>REDBOX AUTOMATED RETAIL, LLC, a Delaware limited liability company,<br><br>   Defendant. | Case No. 2:12-cv-15014-GER-RSW<br><br>Hon. Gerald E. Rosen<br><br>Mag. Judge R. Steven Whalen |

## DECLARATION OF ARI J. SCHARG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

   1.   I am a citizen of the state of Illinois, and I am over the age of eighteen years old. I make this declaration based upon personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

   2.   I make this declaration in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

   3.   I am a partner at the law firm of Edelson PC, the law firm that has been retained to represent the named Plaintiffs, Michelle Cain and Radha Sampat,

1

in this matter.

4. Attached hereto as Exhibit 1-A is a true and accurate copy of a portion of Plaintiff Cain's May 27, 2014 deposition transcript.

5. Attached hereto as Exhibit 1-B is a true and accurate copy of a portion of Plaintiff Sampat's May 14, 2014 deposition transcript.

\*             \*             \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of October at Chicago, Illinois.

s/ Ari J. Scharg

## CERTIFICATE OF SERVICE

    I, Ari, J. Scharg, an attorney, certify that on October 10, 2014, I served the above and foregoing ***Declaration of Ari J. Scharg in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

    s/ Ari J. Scharg