# Exhibit 1-A

## In The Matter Of:

*Cain, et al. vs.*
*Redbox Automated Retail, LLC*

*Michelle Cain*
*May 27, 2014*
*Confidential*



**Bingham Farms/Southfield • Grand Rapids**
Ann Arbor • Detroit • Flint • Jackson • Lansing • Mt. Clemens • Saginaw

*Original File CAIN_MICHELLE.txt*
*Min-U-Script® with Word Index*

Michelle Cain - May 27, 2014                    1
Confidential

1           IN THE DISTRICT COURT OF THE UNITED STATES
2             FOR THE EASTERN DISTRICT OF MICHIGAN
3                       SOUTHERN DIVISION
4
5  MICHELLE CAIN and RADHA SAMPAT,
6  individually, and on behalf of
7  all others similarly situated,
8             Plaintiffs,
9        vs.              Case No. 2:12-cv-15014-GER-LJM
10                         Hon. Gerald E. Rosen
11                         Mag. Judge Laurie J. Michelson
12
13 REDBOX AUTOMATED RETAIL, LLC,
14 a Delaware limited liability
15 company,
16            Defendant.
17 _____
18       CONTAINS CONFIDENTIAL PORTIONS PURSUANT TO
19                   PROTECTIVE ORDER
20    The Videotaped Deposition of MICHELLE CAIN,
21    Taken at 212 East Grand River Avenue,
22    Lansing, Michigan,
23    Commencing at 11:27 a.m.,
24    Tuesday, May 27, 2014,
25    Before Rebecca L. Russo, CSR-2759, RMR, CRR.

**Bienenstock Court Reporting & Video**
**Ph: 248.644.8888   Toll Free:  888.644.8080**

| | | |
|---|---|---|
| 1 | Q. | Yeah, and I'm just trying to get at, you know, if this |
| 2 | | is sort of like a constant source of stress for you. |
| 3 | | It seems like it's not. |
| 4 | A. | No. |
| 5 | Q. | Right.  So it's just some of the times maybe you feel |
| 6 | | stressed because of the Redbox situation? |
| 7 | A. | Way back here, okay, in the back of my head, I know |
| 8 | | that this is going on non-stop.  It needs to stop, |
| 9 | | okay.  Everybody handles stress differently.  I deal |
| 10 | | with it head-on. |
| 11 | Q. | Okay.  Have you ever -- do you know the name of the |
| 12 | | other plaintiff in this case? |
| 13 | A. | I know the name on here, but do I know them, no. |
| 14 | Q. | Okay.  So you've never had any conversations with |
| 15 | | Ms. Sampat? |
| 16 | A. | I can't even hardly pronounce the name. |
| 17 | Q. | And, for the record, it's Radha, R-A-D-H-A, is the |
| 18 | | first name, and the last tame is Sampat, S-A-M-P-A-T. |
| 19 | A. | But, no, I don't know that person. |
| 20 | Q. | You've never spoken with her before? |
| 21 | A. | Nuh-uh, no. |
| 22 | Q. | How did you get to meet Mr. Larry and his law firm? |
| 23 | A. | I was working for Sam Dua at S&S Management in my |
| 24 | | office, and it was brought to my attention that there |
| 25 | | was a potential violation of privacy with Redbox. |

1   Q.   And what does Mr. Dua -- is it D-U-A, is the last
2        name?
3   A.   D-U-A, yes.
4   Q.   What does Mr. Dua do at S&S Management?
5   A.   He is an attorney for the property management company.
6   Q.   And so he just mentioned this Redbox case to you, or
7        what happened?
8   A.   He mentioned it in my office, and I had said I rent
9        from Redbox, and he asked me if I still had copies of
10       emails, and I said yes.
11  Q.   And how did it come up, the Redbox?
12  A.   He just asked me if I had ever rented from Redbox,
13       because there's a potential privacy violation going
14       on.
15  Q.   Okay.  So it wasn't like it just came up in
16       conversation.  He just sort of out of the blue asked
17       you that question?
18  A.   I was in my office.  He asked me that question, and I
19       said yes.
20  Q.   Okay.  Did he ask anyone else that question?
21  A.   There wasn't anybody else in the office but me and him
22       and Jeremy, another associate of his.
23  Q.   Oh, so he works with Mr. Dua, Jeremy?
24  A.   Yes.
25  Q.   Okay.  Did it seem like Mr. Dua had been asking other

1    people that same question?
2             MR. LARRY:  Objection to the extent you
3    know what Mr. Dua was doing.
4  BY MR. ELISEUSON:
5  Q.  You can answer.
6  A.  He asked me.  There wasn't anybody else in the office,
7    so I don't know if he had asked anybody else.
8  Q.  Okay.  Had you been talking to Mr. Dua before he asked
9    you that?
10 A.  Yeah, I talked to him every day.  He was my employer.
11 Q.  Okay.  So you're in the middle of a conversation and
12   he said, "Do you rent from Redbox"?
13 A.  He had came in my office, I don't remember the exact
14   time of the day, but I was an account manager in that
15   same office, and said that there was potentially a
16   violation of Redbox, "Do you rent from Redbox."  He
17   knows how funny I am about my personal information --
18 Q.  Yeah.
19 A.  -- okay, and I had told him yes.  He asked me for --
20   if I had copies of the receipts still, and I said yes,
21   and I gave copies of the receipts to Jeremy to send to
22   them.  They referred me to Ari to see if I had a case.
23 Q.  And when you say Ari, do you mean Ari Scharg?
24 A.  Yes.
25 Q.  Did he ask you any -- once you said that you were a

```
 1         Redbox customer and that you had your emails, did he
 2         ask you any other questions?
 3              MR. LARRY:  Objection, privileged.  Don't
 4         answer.
 5    BY MR. ELISEUSON:
 6    Q.   Okay, well, let me ask -- is Mr. Dua your attorney?
 7    A.   No.
 8    Q.   Okay.  So did he ask you any other questions?
 9    A.   No.
10    Q.   And you mentioned that you actually gathered up your
11         emails and gave them to Jeremy?
12    A.   I forwarded, I do believe, two or three emails, I
13         don't know the exact amount, to Jeremy, who then
14         forwarded them on to Ari, because he had referred me,
15         saying that these guys were good attorneys that could
16         help me to see if in fact my privileges had been
17         violated.
18    Q.   Okay.  So you didn't print out copies, you actually
19         just forwarded emails to Jeremy?
20    A.   Yes.
21    Q.   Do you know Jeremy's last name?
22    A.   I do believe it's Williams.
23    Q.   And do you know -- go ahead.
24    A.   Go ahead.
25    Q.   I was going to say, you mentioned earlier that you've
```