IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHELLE CAIN and RADHA SAMPAT, individually and on behalf of all others similarly situated, | Case No. 2:12-cv-15014-GER-RSW |
| Plaintiffs, | Hon. Gerald E. Rosen |
| v. | Mag. Judge R. Steven Whalen |
| REDBOX AUTOMATED RETAIL, LLC, a Delaware limited liability company, | |
| Defendant. | |

**DECLARATION OF ARI J. SCHARG
IN SUPPORT OF PLAINTIFFS' REPLY
IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I hereby declare and state as follows:

1. I am a citizen of the state of Illinois, and I am over the age of eighteen years old. I make this declaration based upon personal knowledge unless otherwise indicated. If called upon to testify as to the matters stated herein, I could and would competently do so.

2. I make this declaration in support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment.

3. I am a partner at the law firm of Edelson PC, the law firm that has been retained to represent the named Plaintiffs, Michelle Cain and Radha Sampat,

1

in this matter.

4. Attached hereto as Exhibit 1-A is a true and accurate copy of a portion of the May 9, 2014 deposition of Defendant's Redbox Automated Retail, LLC's ("Redbox" or "Defendant") 30(b)(6) designee, Michael Wokosin. In the transcript, Defendant stipulated that discovery obtained in a parallel action brought under the federal Video Protection Privacy Act, captioned *Sterk v. Redbox Automated Retail, LLC*, Case No.11-cv-1729 (N.D. Ill.), could be used in this case pursuant to the Protective Order (Dkt. 34).

5. Attached hereto as Exhibit 1-B is a true and accurate copy of Defendant's Objections and Designations in Response to Plaintiff Michelle Cain's Rule 30(b)(6) Notice of Deposition, stipulating that testimony from the *Sterk* action could be used in this case.

6. Attached hereto as Exhibit 1-C is a true and accurate copy of copy of a letter I wrote to opposing counsel, confirming that deposition testimony and documents produced in the *Sterk* action could be used in this case.

7. Attached hereto as Exhibit 1-D is a true and accurate copy of a portion of Eric Hoersten's December 18, 2012 deposition transcript. Eric Hoersten was produced as Redbox's 30(b)(6) designee in the *Sterk* action.

8. Attached hereto as Exhibit 1-E is a true and accurate copy Defendant's First Supplemental Response to Interrogatory Number 3 of Plaintiff

Jiah Chung's First Set of Interrogatories in the *Sterk* action.

      \*      \*      \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th Day of November at Chicago, Illinois.

s/ Ari J. Scharg

## CERTIFICATE OF SERVICE

  I, Ari, J. Scharg, an attorney, certify that on November 11, 2014, I served the above and foregoing ***Declaration of Ari J. Scharg in Support of Plaintiffs' Reply in Support of Motion for Partial Summary Judgment,*** by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

               s/ Ari J. Scharg