# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MICHELLE CAIN and RADHA SAMPAT, individually, and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>  v.<br><br>REDBOX AUTOMATED RETAIL, LLC, a Delaware limited liability company,<br><br>                Defendant. | Case No. 12-15014 |

## APPEARANCE OF BENJAMIN S. THOMASSEN ON BEHALF OF PLAINTIFFS

**TO:** Clerk of the Court and Counsel of Record:

    Attorney Benjamin S. Thomassen of Edelson PC hereby files his Appearance as attorney for Plaintiffs Michelle Cain and Radha Sampat in the above-captioned matter.

| | |
|---|---|
| Dated: December 29, 2014 | By: /s/ Benjamin S. Thomassen<br>      One of Plaintiffs' attorneys |

Ari J. Scharg
ascharg@edelson.com
John C. Ochoa
jochoa@edelson.com
J. Dominick Larry
nlarry@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Brian C. Summerfield (P57514)
bsummerfield@bodmanlaw.com
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226

1

Tel: 313.393.7561
Fax: 313.393.7579

*Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

      I, Benjamin S. Thomassen, an attorney, certify that on December 29, 2014, I served the above and foregoing *Appearance of Benjamin S. Thomassen* by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

      /s/  Benjamin S. Thomassen