UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MICHELLE CAIN** and **RADHA SAMPAT**,
individually, and on behalf of all others
similarly situated,

                Plaintiffs,

vs.

                                              No. 12-CV-15014
                                              Hon. Gerald E. Rosen
                                     Magistrate Judge R. Steven Whalen

**REDBOX AUTOMATED RETAIL, LLC**,

                Defendant.
_____/

## **JUDGMENT**

The Court having this date entered an Opinion and Order granting Defendant's Motion for Summary Judgment,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT of DISMISSAL, with prejudice, be, and hereby is, entered.


Dated: September 30, 2015        s/Gerald E. Rosen
                                              Chief Judge, United States District Court

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 30, 2015, by electronic and/or ordinary mail.

         s/Julie Owens
         Case Manager, (313) 234-5135